# MINUTE ORDER

Page 2

## Magistrate Judge Jacqueline Becerra

**King Building Courtroom 10-6**          Date: 11/18/2019  Time: 2:00 p.m.

Defendant: BRUCE BAGLEY          J#: 25846-104     Case #: 19-3881-MJ-BECERRA SEALED

AUSA: Lois Foster-Steers          Attorney: _____

Violation: S/D/NY/WARR/INDICT/CONSP/COMMIT MONEY LAUNDERING/MONEY LAUNDERING          Surr/Arrest Date: 11/18/2019   YOB: 1946

Proceeding: Initial Appearance          CJA Appt: _____

Bond/PTD Held: ⟨ Yes  ☒ No          Recommended Bond: _____

Bond Set at: $300K PSB          Co-signed by: Son & Daughter

☒ Surrender and/or do not obtain passports/travel docs          Language: English

☒ Report to PTS as _directed_/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services

Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☒ Travel extended to: SD/NY & ED/NY

☐ Other:

**Disposition:**
- Deft advised of rights
- Daniel Forman app as temp cnsl
- Case unsealed
- Court sets $300K PSB to be C/S by son and daughter

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| /Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | 11/21 | 10a | Duty | MIA |
| Status Conference RE: | | | | |

D.A.R. 14:00:09 | 14:14:21          Time in Court: 10 mins

s/Jacqueline Becerra          Magistrate Judge